UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

AERION C. KING,
    Plaintiff,

v.                                                Case No. 17-C-205

SCOTT ECKSTEIN, *et al.*,
    Defendants.

---

## ORDER

On February 4, 2019, the defendants filed a motion for summary judgment. The plaintiff did not timely file his response materials. On April 9, 2019, I gave the plaintiff until April 25, 2019 to file his materials in response or explain why he cannot do so. I warned the plaintiff that failure to comply with my order would result in the dismissal of his case. As of today's date, the plaintiff has not submitted anything to the court. I also note that there is no indication that the plaintiff did not receive the order. As such, I will consider defendants' motion for summary judgment unopposed and will grant it for that reason. *See* Civ. L.R. 7(d) (E.D. Wis. 2010).

**IT IS THREFORE ORDERED** that defendant's motion for summary judgment (Docket # 47) is **GRANTED**. The Clerk of Court shall enter final judgment on the merits.

Dated at Milwaukee, Wisconsin, this 9th day of May, 2019.

                                                              s/Lynn Adelman
                                                              LYNN ADELMAN
                                                              United States District Judge