# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

AERION C. KING,
    Plaintiff

    v.                                               CASE NUMBER: 17-C-0205

WARDEN SCOTT ECKSTEIN, et al.,
    Defendants

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the plaintiff shall take nothing by his complaint and judgment is entered in favor of the defendants on the merits.


    05/09/2019                                                          Stephen C. Dries
Date                                                                                          Clerk

                                                                                                 L.Smith
                                                                              (By) Deputy Clerk